# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00279-PMP-CWH |
| Plaintiff, | ) | |
| vs. | ) | |
| GERMAN A. POSADA, | ) | |
| Defendant. | ) | |

### ORDER EXTENDING SURRENDER DATE

The Court having considered the motion filed by Defendant GERMAN POSADA and the Government having no objection thereto, and good cause appearing,

**IT IS HEREBY ORDERED** that the date for Defendant GERMAN POSADA to self-surrender at the designated Bureau of Prisons facility is extended from May 23, 2012, to **June 25, 2012.** ,

DATED this 21st day of May, 2012.

PHILIP M. PRO
United States District Judge
District of Nevada